

RECEIVED

2020 JUN -5 A 10: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
            ALA

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex
Post Office Box 7000
Forrest City, AR 72336*
(870) 494-4200 *OFFICE*
(870) 494-4496 *FAX*

May 10, 2020

2:18-cr-0095-1

MEMORANDUM FOR    MCCALL, MARTINEZA DEWAN, REG. NO. 11521-002

FROM:             DeWayne Hendrix, Complex Warden

SUBJECT:          Denied for Reduction-In-Sentence/RIS

You requested a reduction in sentence (RIS) based on concerns about COVID-19. You were convicted of Controlled Substance Act-Sell, Distribute or Dispense (Cocaine Base). You have a prior conviction for Violation of License to Carry a Pistol. Your RIS request was evaluated and all factors outlined in Section 7 of the policy were used to evaluate your request. Your circumstances do not meet the criteria for consideration for a RIS under this category.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

U.S. DEPARTMENT OF JUSTICE                          REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **McCall, Martinezzo, D**       **17521-002**       **H-D**       **Forrest City - Low**
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION

Part A- INMATE REQUEST For a appeal, For Compassionate Release/Reduction In Sentence. Do to the Pandemic of COVID-19. Infecting and killing thousands of people globally. The virus create an extraordinary and compelling circumstance. My prison sentence is subject to becoming a a possible death sentence by way of COVID-19. Do to my weak immune system of "Sickle Cell Diases." The BOP and/or Forrest City can not assure the safety of my health or life. As this virus continues to infect and kill on a global scale. I have a home with my mother upon my release. I entend on finding a job if/or when this Pandemic end. My prior conviction for Violation of License to Carry a pistol is not a violent crime. Baptist South Hospital can provide me with better treatment if I get sick or infected do to the Pandemic of COVID-19. I amongst other are faced with substantial risk do to the tight space in crowded conditions. Social Distanting can not be accomplishe And staff workers who come in and out of the facility possibly bring the virus in. Would tran the jail and/or Prison into an epicenter.

05-13-2020                                    *Martinezzo R. McCall*
DATE                                          SIGNATURE OF REQUESTER

Part B- RESPONSE

RECEIVED 2020 JUN -5 A 10:25 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT ____ DIST. ALA

_____                         _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                              CASE NUMBER: _____
Part C- RECEIPT
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)
DATE                                                                          BP-229(13)
USP LVN         PRINTED ON RECYCLED PAPER                                     APRIL 1982