IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:18cr95-MHT
                             )
MARTINEZA DEWAN McCALL       )
```

ORDER

Defense counsel has orally inquired as to whether he or probation is responsible for paying for the "thorough mental-health evaluation," the detailed requirements for which are set forth in the court's order of August 6, 2020 (doc. no. 102). It is ORDERED and CLARIFIED that probation is to pay for the evaluation.

DONE, this the 19th day of August, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE