IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:18cr95-MHT
                              )
MARTINEZA DEWAN McCALL        )
```

ORDER

It is ORDERED that:

(1) The probation department shall arrange for defendant Martineza Dewan McCall to receive, and defendant McCall shall participate in, cognitive-behavioral therapy twice a month, as recommended in the recently filed psychological report (doc. no. 105).

(2) The court assumes that the parties have no objection to this modification of defendant McCall's conditions of supervised release. However, if they do, they must file an objection to this order within seven days of the date of this order.

DONE, this the 27th day of August, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE