IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:18cr95-MHT
                            )            (WO)
MARTINEZA DEWAN McCALL      )
```

ORDER

Upon consideration of defendant Martineza Dewan McCall's unopposed motion to modify the conditions of supervision (Doc. 110), and for good cause shown, it is ORDERED that:

(1) The motion is granted.

(2) The special condition of supervised release requiring three years of home confinement with electronic monitoring, *see* Amended Judgment (Doc. 97 at 5), is modified to lift the requirement of home confinement with electronic monitoring, and to require instead that defendant McCall serve the remainder of the three years on curfew without electronic

monitoring. The terms of the curfew are to be set by the probation department.

DONE, this the 3rd day of June, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**