IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr95-MHT** |
| | ) | **(WO)** |
| **MARTINEZA DEWAN McCALL** | ) | |

**ORDER**

Upon consideration of defendant Martineza Dewan McCall's unopposed motion to modify the conditions of supervision (Doc. 112), and for good cause shown, it is ORDERED that:

(1) The motion to modify (Doc. 112) is granted.

(2) The special condition of supervised release requiring defendant McCall to serve the remainder of his term of supervised release on curfew is lifted.

DONE, this the 23rd day of June, 2022.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**